■ MICHAEL C. OTTAVIANO, Plaintiff, v GENEX COOPERATIVE, INC., et al., Defendants. GENEX COOPERATIVE, INC., Third-Party Plaintiff-Respondent, v PRAXAIR, INC., Third-Party Defendant-Appellant. (Appeal No. 1.) [758 NYS2d 578] —Appeal from an order of Supreme Court, Erie County (Fahey, J.), entered June 8, 2001, which, inter alia, granted third-party plaintiff's motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Pigott, Jr., P.J., Green, Pine, Burns and Gorski, JJ.